# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE A. DILLINGER and CYNTHIA M. DILLINGER, | : : | Docket No. |
| Plaintiffs | : : | ELECTRONICALLY FILED PLEADING |
| vs. | : : | **NOTICE OF REMOVAL** |
| IMPRIMIS NJOF, LLC | : : | |
| Defendant | : : | Filed on behalf of Defendant, Imprimis NJOF, LLC |
| | : : | Counsel of record for this party: |
| | : : | Tiffany M. Alexander (88681) |
| | : | tiffany.alexander@nelsonmullins.com |
| | : : | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | : | 1000 Westlakes Drive, Suite 275 |
| | : | Berwyn, PA 19312 |
| | : | 610-943-5351 |
| | : : | Timur Dikec (333225) |
| | : | Timur.dikec@nelsonmullins.com |
| | : : | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | : | One PPG Place, Suite 3200 |
| | : | Pittsburgh, PA 15222 |
| | : | 412-730-3311 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE A. DILLINGER and<br>CYNTHIA M. DILLINGER,<br>               Plaintiffs | : | Docket No. |
| vs. | : | |
| IMPRIMIS NJOF, LLC | : | |
|                Defendant | : | |

## NOTICE OF REMOVAL

AND NOW, comes the Defendant, Imprimis NJOF, LLC, by and through its undersigned counsel, Nelson Mullins Riley & Scarborough, LLP, reserving any and all defenses and exceptions, hereby removes the above-captioned action from the Court of Common Pleas, Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§1332 and 1441.

Specifically, Defendant removes this case because full diversity of citizenship of the parties exists and the amount in controversy exceeds $75,000. In support of this Notice of Removal Defendant states as follows:

## FACTUAL BACKGROUND

1. On August 1, 2025, Plaintiffs George A. Dillinger and Cynthia M. Dillinger filed their Complaint in the Court of Common Pleas, Allegheny County, Pennsylvania. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. The Complaint contains claims of strict liability, negligence, breach of warranty and loss of consortium against Imprimis NJOF, LLC, as a result of injuries sustained by Plaintiff

George Dillinger following a left eye cataract extraction procedure on October 30, 2023. *See* Exhibit 1.

3. Specifically, Plaintiffs claim that an injection of dexamethasone-moxifloxacin, which was manufactured and distributed by Defendant, was defectively designed and/or manufactured and caused permanent visual impairment, Toxic anterior segment syndrome and related corneal cell damage, which required a corneal transplant. *See* Exhibit 1.

4. Defendant was served with the Complaint via certified mail, which was received on August 7, 2025.

5. This Notice of Removal is therefore timely and is filed within 30 days. *See* U.S.C. § 1446(b)(3).

## DIVERSITY JURISDICTION

6. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332 because Plaintiffs and Defendant are citizens of different states and the matter in controversy exceeds $75,000, exclusive of interests and costs.

7. Plaintiffs reside in Allegheny County, Pennsylvania and are therefore citizens of the Commonwealth of Pennsylvania. *See* Exhibit 1 at p. 1-2.

8. Defendant, Imprimis NJOF, LLC, is a New Jersey limited liability company with a principal place of business located at 1705 Route 46, Ledgewood, Morris County, NJ. Imprimis NJOF is therefore a citizen of New Jersey. *See* Exhibit 1 at p. 4.

9. Diversity of citizenship therefore exists between Plaintiffs and Defendant.

## AMOUNT IN CONTROVERSY

10. Plaintiffs failed to plead the precise amount of his alleged damages. However, the amount-in-controversy requirement for diversity jurisdiction is satisfied in this case because, "by

the preponderance of the evidence," it is clear from the face of the Complaint that "the amount in controversy exceeds [$75,000]." 28 U.S.C. § 1446(c)(2)(B).

11. According to the Complaint, Plaintiff George A. Dillinger sustained 'severe impairments to his vision', and 'great pain and suffering' among other injuries as a result of the allegedly defective injection received during his cataract surgery. *See* Exhibit 1 at p. 16-17.

12. Plaintiffs request damages against Defendant in an amount in 'excess of the jurisdictional limits of compulsory arbitration' together with court costs, interest and further relief for each of the 5 Counts in the Complaint. This amounts to over $75,000. *See* 28 U.S.C. 1146(c)(2)(A) (providing that the notice of removal "may assert the amount in controversy if the initial pleading seeks . . . a money judgement, but the State practice . . . permits recovery of damages in excess of the amount demanded.)

13. Although Defendant denies Plaintiffs' allegations and denies that it is liable to Plaintiffs for any alleged injuries, the allegations of permanent vision impairment and ongoing injury and possible future surgeries place more than $75,000 in controversy, exclusive of fees and costs.

## OTHER PROVISIONS

14. The United States District Court for the Western District of Pennsylvania is the federal judicial district encompassing the Court of Common Pleas of Allegheny County, where Plaintiffs originally filed this suit such that this is the proper federal district for removal of this case. 28 U.S.C. §1441 (a); 28 U.S.C. §118(a).

15. In accordance with 28 U.S.C. §1446(a), defendant attaches hereto a copy of all state-court pleadings. *See* Exhibit 1.

16. Pursuant to 28 U.S.C. §1446(d), Defendant will file a copy of the original Notice of Removal with the clerk of the Court of Common Pleas of Allegheny County, and will serve a copy of this Notice of Removal on counsel for Plaintiffs.

17. Defendant, Imprimis NJOF, LLC, does not waive any jurisdictional or other defenses that might be available to it.

18. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant Imprimis NJOF, LLC, hereby removes this action from the Court of Common Pleas, Allegheny County, in the Commonwealth of Pennsylvania, to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§ 1441 and 1446, and states that no further proceedings may be had in the state action.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Dated: August 18, 2025

*/s/ Tiffany Alexander*
Tiffany M. Alexander, Esquire
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
T 610.943.5351
Tiffany.Alexander@nelsonmullins.com

*/s/ Timur Dikec*
Timur Dikec, Esquire
One PPG Place, Suite 3200
Pittsburgh, PA 15222
T 412.730.3311
Timur.dikec@nelsonmullins.com

*Attorneys for Defendant, Imprimis NJOF, LLC*

**CERTIFICATE OF SERVICE**

I, Tiffany M. Alexander, hereby certify that on August 18, 2025, I caused a true and correct copy of the foregoing document to be filed via the Court's Electronic Case Filing (ECF) system, which will send a notification to all counsel of record, and copies will be sent via electronic mail to the following:

>Richard G. Talarico, Esquire
>Woomer & Talarico
>Three Parkway Center, Suite 300
>Pittsburgh, PA 15220
>rtalarico@woomerlaw.com

Dated: August 18, 2025

>*/s/ Tiffany Alexander*
>Tiffany M. Alexander, Esquire
>Nelson Mullins Riley & Scarborough LLP
>1000 Westlakes Drive, Suite 275
>Berwyn, PA 19312
>T 610.943.5351
>Tiffany.Alexander@nelsonmullins.com
>
>*Attorneys for Defendant, Imprimis NJOF, LLC*